**Order entered April 1, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00218-CR

**DARREN DWYONE GREEN, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 4**
**Dallas County, Texas**
**Trial Court Cause No. F11-62506-K**

## ORDER

The Court **REINSTATES** the appeal.

On February 5, 2014, this Court ordered the trial court to make findings regarding why Janice Garrett had not filed the reporter's record in this appeal. We **ADOPT** the findings that: (1) Ms. Garrett is not deliberately disobeying orders from the Court of Appeals; (2) Ms. Garrett has not lost the notes from the proceedings in the case; and (3) Ms. Garrett explained that she was waiting for the portion of the record prepared by another court reporter so that Ms. Garrett could prepare a Master Index and file the record. We received the reporter's record on March 28, 2014.

Appellant's brief is due within thirty days of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Dallas County Auditor and to counsel for all parties.

/s/    CAROLYN WRIGHT
CHIEF JUSTICE